**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

FEB 11 2014

JAMES W. McCORMACK, CLERK
By:_____

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

| | | |
|---|---|---|
| DERL WILSON | § | |
| | § | |
| Plaintiff | § | |
| | § | |
| V. | § | CIVIL ACTION |
| | § | NO. 4:14cv077 -sww |
| J.B. HUNT TRANSPORT | § | |
| SERVICES, INC. and | § | JURY DEMANDED |
| REGINALD RISER | § | |
| | § | |
| Defendants | § | |

This case assigned to District Judge Wright
and to Magistrate Judge Young

## COMPLAINT

COMES NOW, DERL WILSON, Plaintiff, complaining herein of J.B. HUNT
TRANSPORT SERVICES, INC., Defendant, and for cause of action, states:

### I.
### PARTIES

1.      Plaintiff is an individual who resides in Dallas County, Texas.

2.      Defendant J.B. HUNT TRANSPORT SERVICES, INC. is a trucking and
transportation company, operating throughout the United States of America.  Defendant J.B.
HUNT TRANSPORT SERVICES, INC. conducts its business primarily in the State of Georgia.

3.      Defendant J.B. HUNT TRANSPORT SERVICE, INC. is licensed to do business
in the State of Arkansas and may be served with process through its registered agent for service:
John Roberts, 615 J.B. Hunt Corp. Drive, Lowell, AR 72745.

4.      Defendant, REGINALD RISER, is an individual, who lives at 3424 Radford
Road, Memphis, Tennessee 38111-4124.

5.    Defendant RISER may be served personally at 3424 Radford Road, Memphis, Tennessee 38111-4124.

## II.
## JURISDICTION and VENUE

6.    Jurisdiction is proper under 28 U.S.C. § 1332 in that the amount in controversy greatly exceeds the minimum jurisdictional requirements of this Court and there is complete diversity among Plaintiff and Defendants.

7.    Plaintiff's medical bills and treatment exceed $161,000.00 and has been almost exclusively rendered in Dallas, Texas.  Therefore, Plaintiff believes the most appropriate venue is Federal Court in the Eastern District of Arkansas, Little Rock Division.

## III.
## FACTUAL BACKGROUND

8.    On or about February 12, 2012, Plaintiff, DERL WILSON was asleep in the sleeper cab of his tractor-trailer that was parked at the PetroTruck Stop, 3205 Valentine Road, North Little Rock, Arkansas.  Plaintiff's vehicle was struck multiple times on the driver's side by an 18-wheeler owned and operated by J.B. HUNT TRANSPORT SERVICES, INC. and/or driven by their agent/employee who was under J.B. HUNT TRANSPORT'S direct supervision and control.  The impact caused Plaintiff, DERL WILSON, to be thrown from his sleeper resulting in serious injuries to him.

## IV.
## NEGLIGENCE

9.    Plaintiff will show that at and immediately before the occurrence in question, Defendant, REGINALD RISER was guilty of acts and/or omissions which constituted negligence. These acts and/or omissions include the following:

a.      faulty evasive action;

b.      driving too fast;

c.      improper lookout;

d.      failure to yield the right-of-way; and,

e.      failure to apply brakes.

Each of the above-mentioned acts or omissions constituted negligence which was the proximate cause or causes of the occurrence in question and the resulting damages sustained by Plaintiff.

## V.
## RESPONDEAT SUPERIOR

10.      Plaintiff incorporates by reference the allegations set forth above as if fully set forth at length in support of claims against Defendants.  At all times mentioned herein, RISER was in the course and scope of his employment with Defendant J.B. HUNT TRANSPORT SERVICES, INC. and/or Defendant RISER was an agent under the supervision and control of J.B. HUNT TRANSPORT SERVICES, INC.  Therefore, Plaintiff relies, in part on the legal theory of *respondeat superior* and agency for recovery against Defendant J.B. HUNT TRANSPORT SERVICES, INC.

## VI.
## INJURIES

11.      Plaintiff DERL WILSON sustained the following serious bodily injuries as a direct and proximate result of the Defendants' negligence:

a.      concussion;

b.      shoulder injuries resulting in two (2) surgeries;

c.      left neck injuries;

3

    d.     low back injuries; and

    e.     body generally.

## VII.
## DAMAGES

12.    As a direct and proximate result of the negligence of Defendants as alleged herein, Plaintiff suffered the following damages:

    a.     past medical expenses in excess of the jurisdictional limits of the Court;

    b.     future medical expenses in excess of the jurisdictional limits of the Court;

    c.     past and future physical pain, suffering and mental anguish;

    d.     loss of earnings and loss of earning capacity;

    e.     past and future disfigurement; and

    f.     past and future physical impairment.

## VIII.
## JURY DEMAND

13.    Pursuant to Federal Rules of Civil Procedure, Plaintiffs requests trial by jury as to all issues of fact.

14.    Plaintiffs request pre-judgment and post-judgment interest as allowed by law.

## IX.
## PRAYER FOR RELIEF

15.    FOR THE REASONS STATED, Plaintiff prays that Defendants be cited in terms of law to appear and answer and that Plaintiff, upon final trial of this cause, have judgment against Defendants, J.B. HUNT TRANSPORT SERVICES, INC. and REGINALD RISER, jointly and severally, in an amount in excess of the minimum jurisdictional limits of this Court, for costs of Court, pre-judgment and post-judgment interest at the highest legal rate, for the

recovery of actual damages, and for such other and further relief, both special and general, to which Plaintiff may be entitled, in that of law and equity.

Respectfully submitted,

PAUL J. JAMES
Arkansas Bar No. 83091
JAMES, CARTER & COULTER, PLC
500 Broadway, Suite 400
Little Rock, AR  72201
Tel 501.372.1414; Fax 501.372.1659
pjames@jamescarterlaw.com

and

SUSAN ANNE ALLEN
Texas Bar No. 01059350
LAW OFFICES OF SUSAN ANNE ALLEN
9540 Garland Road, Ste C368-I
Dallas, Texas 75218
Tel 214.660.3700; Fax 214.660.3749
paralegal@legalhelpdallas.com

ATTORNEYS FOR PLAINTIFF