IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| DERL WILSON, | * | |
| | * | |
| Plaintiff, | * | |
| vs. | * | No. 4:14-cv-00077-SWW |
| | * | |
| | * | |
| J.B. HUNT TRANSPORT, INC. and | * | |
| REGINALD RISER, | * | |
| | * | |
| Defendants. | * | |
| | * | |
| | * | |
| CHEROKEE INSURANCE | * | |
| COMPANY, | * | |
| | * | |
| Intervenor, | * | |

ORDER

Pursuant to the stipulation of dismissal filed by intervenor Cherokee Insurance Company [doc.#25], J.B. Hunt Transport Services, Inc. is hereby dismissed from this action without prejudice.

The motion [doc.#26] of intervenor for leave to file a first amended complaint in intervention in order to name J.B. Hunt Transport, Inc. as the proper defendant is hereby granted.[1]

The agreed motion [doc.#27] for an extension of until and including August 28,

---

[1] The Court previously dismissed J.B. Hunt Transport Services, Inc. from plaintiff's complaint pursuant to plaintiff's and defendants' joint stipulation of dismissal and granted plaintiff leave to file a first amended complaint in order to name J.B. Hunt Transport, Inc. as the proper defendant. The Court notes that the caption of the proposed first amended complaint in intervention still lists J.B. Hunt Transport Services, Inc. as the defendant.

2014, in which to file the Rule 26(a)(2)(B) reports is hereby granted.

        IT IS SO ORDERED this 29th day of July 2014.

                /s/Susan Webber Wright
                UNITED STATES DISTRICT JUDGE