IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| DERL WILSON, | * | |
| | * | |
| Plaintiff, | * | |
| vs. | * | No. 4:14-cv-00077-SWW |
| | * | |
| | * | |
| J.B. HUNT TRANSPORT, INC. and | * | |
| REGINALD RISER, | * | |
| | * | |
| Defendants. | * | |
| | * | |
| | * | |
| CHEROKEE INSURANCE | * | |
| COMPANY, | * | |
| | * | |
| Intervenor, | * | |

ORDER

The motion [doc.#37] to dismiss by all plaintiffs is hereby granted. Accordingly, the above-styled action is hereby dismissed with prejudice.

IT IS SO ORDERED this 4th day of February, 2015.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE